IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KENNETH R. MURPHY                                                                                      PLAINTIFF

vs.                                               Civil No.  3:07-CV-03020

MICHAEL J. ASTRUE[1]                                                                                  DEFENDANT
Commissioner, Social Security Administration

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint on May 23, 2007.  Summons were issued and returned to counsel for service on Defendant, the Social Security Administration Commissioner, the U.S. Attorney, and the U.S. Attorney General.

As of this date, Plaintiff has failed to meet the requirements of Rule 4(l) of the Federal Rules of Civil Procedure, requiring the person serving process to make proof of service thereof to the court promptly or within the time during which the person served must respond to the process and Rule 4(m) requiring service of the summons and complaint upon a defendant within 120 days after the filing of the complaint, therefore,

**IT IS ORDERED** that plaintiff show cause within **10 days** why the action against Defendant Social Security Administration should not be dismissed without prejudice for failure to prosecute.

**ENTERED** This 29th day of October, 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.