N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KENNETH R. MURPHY                                                                                          PLAINTIFF

vs.                                            Civil No. 3:07-cv-03020

MICHAEL J. ASTRUE                                                                                         DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on September 8, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 17). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This Court hereby awards **$1,661.25** pursuant to the EAJA. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

**IT IS SO ORDERED** this 3rd day of October, 2008.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE